## THE COUNTY OF DeKALB *v.* COOK.

*Lumpkin, J.*—The law of this case was settled by this court when it was here at the October term, 1894.  *Cook et al.* v. *County of DeKalb*, 95 *Ga.* 218.  There was, at the last trial, ample evi-dence to warrant the verdict; and the court committed no error in denying a new trial.                    *Judgment affirmed.*
February 7, 1896.

Action for damages.  Before Judge Jones.  City court of DeKalb county.  May term, 1895.

*Candler & Thomson*, for plaintiff in error.
*Candler & Travis* and *G. W. Gleaton*, contra.